## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00252-WYD

MALIBU MEDIA, LLC,

    Plaintiff,
v.

JOHN DOE subscriber assigned IP
address 24.8.109.132,

    Defendant.
_____/

## MOTION FOR LEAVE TO SERVE A THIRD PARTY
## SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; (2) Declaration of Colette Field in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Comcast Cable, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

    Dated: January 29, 2014

                                            Respectfully submitted,

                                            By: */s/Jason Kotzker*
                                            Jason Kotzker
                                            jason@klgip.com
                                            KOTZKER LAW GROUP
                                            9609 S. University Blvd., #632134
                                            Highlands Ranch, CO 80163
                                            Phone: 720-330-8329
                                            *Attorney for Plaintiff*