IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00252-WYD-MEH

MALIBU MEDIA, LLC,

      Plaintiff,

v.

JOHN DOE, subscriber assigned IP address 24.8.109.132,

      Defendant.

---

### ORDER OF DISMISSAL

---

      In accordance with Plaintiff's Notice of Voluntary Dismissal Without Prejudice of

John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on April 10, 2014 (ECF No. 12),

it is

      ORDERED that Defendant John Doe and this case are **DISMISSED WITHOUT**

**PREJUDICE**.

      Dated:  April 10, 2014.

                    BY THE COURT:


                    s/ Wiley Y. Daniel
                    WILEY Y. DANIEL,
                    SENIOR UNITED STATES DISTRICT JUDGE